UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*Filed in open court 12/18/03 by LIN*

ORION RESEARCH, INC., )
    Plaintiff )
v. ) Civil Action No. 99-11098-REK
)
JAMES W. ROSS, JR., )
    Defendant )

## STIPULATION FOR ENTRY OF JUDGMENT

The parties to the above-captioned action hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to the entry of a Judgment in the form attached hereto as Exhibit A.

Thermo Orion, Inc.
(formerly known as Orion Research, Inc.)
by its attorney,

R.J. CINQUEGRANA
BBO #084100
Choate, Hall & Stewart
53 State Street
Boston, MA 03209
(617) 248-5000

James W. Ross, Jr.
by his attorney,

GREGORY V. SULLIVAN
BBO #486000
Malloy & Sullivan
Lawyers Professional Corporation
59 Water Street
Hingham, MA 02043
(781) 749-4141

DATED: December 18, 2003

3572568v6