UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ORION RESEARCH, INC., )<br>    Plaintiff )<br>v. )<br>    )<br>JAMES W. ROSS, JR., )<br>    Defendant )<br>    ) | Civil Action No. 99-11098-REK |

## JUDGMENT

This matter having come before the Court upon the parties' Stipulation for Entry of Judgment, and the Court having been fully advised in the premises, it is hereby

ORDERED and ADJUDGED:

1. Upon Count One of Plaintiff's Complaint in this action, the Court determines, pursuant to 15 U.S.C. § 1119, that plaintiff Thermo Orion, Inc., formerly known as Orion Research Inc. (successor in interest to Analytical Technology, Inc.), is entitled to register the ROSS trademark upon the principal register of the United States Patent and Trademark Office with respect to the goods and services identified in the Application of Analytical Technology, Inc., S/N 74/553,639 to that Office. The Office therefore is ordered to grant such registration pursuant to Application S/N 74/553,639, based upon the defendant's written consent to such registration and use.

2. The claims and counterclaims of the parties are otherwise DISMISSED, with prejudice. The parties shall bear their own costs and attorneys' fees.

SO ORDERED:

*/s/ Robert E. Keeton*

Robert E. Keeton, U.S.D.J.   Senior

DATED: December 18, 2003

3572568v6